JS-6

THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JEAN M. TURK
Special Assistant United States Attorney (#131517)
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Tel: (415) 977-8976
    Fax: (415) 744-0134
    E-Mail: jean.turk@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| MARGARET CRUZ, | EDCV 08-1894 DTB |
| Plaintiff, | **JUDGMENT OF REMAND** |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration, | |
| Defendant. | |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation for Remand.

DATED: August 3, 2009

                /s/ David T. Bristow
                _____
                HON. DAVID T. BRISTOW
                UNITED STATES MAGISTRATE JUDGE